

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**OTHON JORGE ZAMARRIPA,**<br><br>    Defendant. | )<br>)<br>)  CRIMINAL NO. 23-CR-909-MIS<br>)<br>)  Counts 1 and 2: 18 U.S.C. § 2422(b):<br>)  Coercion and Enticement;<br>)<br>)  Counts 3 and 4: 18 U.S.C. §§ 2251(a),<br>)  2251(e), and 2256: Attempted Production of<br>)  a Visual Depiction of a Minor Engaging in<br>)  Sexually Explicit Conduct. |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

From on or about June 1, 2016, and continuing to on or about December 19, 2022, in the District of New Mexico and elsewhere, the defendant, **OTHON JORGE ZAMARRIPA**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced any individual who had not attained the age of 18 years, Jane Doe, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

### Count 2

From on or about January 1, 2018, and continuing to on or about December 19, 2022, in the District of New Mexico and elsewhere, the defendant, **OTHON JORGE ZAMARRIPA**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced any individual who had not attained the age of 18 years, John Doe, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

Count 3

From on or about March 2020, and continuing to on or about December 19, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **OTHON JORGE ZAMARRIPA**, employed, used, persuaded, induced, enticed, and coerced a minor under 18 years of age, John Doe, and attempted to persuade, induce, entice, and coerce John Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

Count 4

From on or about April 2022, and continuing to on or about December 19, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **OTHON JORGE ZAMARRIPA**, employed, used, persuaded, induced, enticed, and coerced a minor under 18 years of age, Jane Doe, and attempted to persuade, induce, entice, and coerce Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2242, the defendant, **OTHON JORGE ZAMARRIPA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any

property, real or personal, used or intended to be used to commit or to promote the commission of the offense for which the defendant is convicted.

The property to be forfeited to the United States includes, but is not limited to, the following:

- a. Apple iPhone 12 Pro A2341, IMEI: 356961132461347;
- b. Silver iPhone A1549, IMEI:359300060346328;
- c. 32 GB Pixtor SanDisk SD Card;
- d. White iPhone A1387, FCC ID: BCG-E2430A;
- e. Gold iPhone A1533, IMEI:013851006050133;
- f. Sony A7 Camera 6187679 with black bag;
- g. Black CorsAir PC Unit;
- h. JVC 12x Video Camera, SN:07191179;
- i. 17 VHS-C tapes;
- j. 3 Camcorder Video Cassette Tapes;
- k. 2 GB Sandisk SD Memory Stick Pro Duo Magic Gate Card;
- l. Black iPhone A1865;
- m. Silver iPad A2200, SN: F9FZP2CVMDG1 with a blue case;
- n. Western Digital EasyStore Hard Drive, SN:WX22AA1J031A;
- o. MacBook Pro laptop A2485, SN:X07H99H2Q1;
- p. Two Micro HC SanDisk SD cards 4GB;
- q. Windows Surface 1631, FCC ID: C3K1631;
- r. HP Notebook PC 630 Laptop, SN: 5CB238134V; and
- s. Cruzer Glide SanDisk USB Drive 32GB.

Upon conviction of any offense in violation of 18 U.S.C. § 2251, the defendant, **OTHON JORGE ZAMARRIPA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253: any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. Apple iPhone 12 Pro A2341, IMEI: 356961132461347;

b. Silver iPhone A1549, IMEI:359300060346328;

c. 32 GB Pixtor SanDisk SD Card;

d. White iPhone A1387, FCC ID: BCG-E2430A;

e. Gold iPhone A1533, IMEI:013851006050133;

f. Sony A7 Camera 6187679 with black bag;

g. Black CorsAir PC Unit;

h. JVC 12x Video Camera, SN:07191179;

i. 17 VHS-C tapes;

j. 3 Camcorder Video Cassette Tapes;

k. 2 GB Sandisk SD Memory Stick Pro Duo Magic Gate Card;

l. Black iPhone A1865;

m. Silver iPad A2200, SN: F9FZP2CVMDG1 with a blue case;

n. Western Digital EasyStore Hard Drive, SN:WX22AA1J031A;

o. MacBook Pro laptop A2485, SN:X07H99H2Q1;

p. Two Micro HC SanDisk SD cards 4GB;

q. Windows Surface 1631, FCC ID: C3K1631;

r. HP Notebook PC 630 Laptop, SN: 5CB238134V; and

s. Cruzer Glide SanDisk USB Drive 32GB.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*MAO*