# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
        Plaintiff,

v                              Case Number: 23-CR-909-MIS

OTHON JORGE ZAMARRIPA
        Defendant.

## DEFENDANT'S LIST OF WITNESSES

Now comes Defendant, Othon Jorge Zamarripa, and lists witnesses he may or may not call at trial.

1. Judith Gonzalez.

2. Margarita Zamarripa.

3. Othon Ruben Zamarripa.

4. Estella Zamarripa.

5. Susan Cave, Ph. D

6. Othon Jorge Zamarripa, Defendant.

7. Defendant reserves the right to call any witnesses listed in Plaintiff's list of witnesses.

Respectfully submitted,

*/s/ Ken del Valle*
Kenneth del Valle
1062 Whirlaway Drive
El Paso, Texas 79936
Tel. 915-276-8353
E-mail: kendelvalle@aol.com
Bar Number: 12439

CERTIFICATE OF SERVICE

I, Kenneth del Valle, an attorney, do hereby certify that on March 28, 2025 I caused to be filed the above document through the EM/ECF system that will notify all parties entitled to service and notice of filing.

*/s/ Ken del Valle*
Kenneth del Valle