IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 23-CR-909-MIS |
| ) | |
| OTHON JORGE ZAMARRIPA, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATION

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I, Melissa Leyva, submit this declaration concerning a sign out sheet from Desert Hills Elementary for December 16, 2022, and state as follows:

1. I am over eighteen years of age, of sound mind, capable of making this certification and personally acquainted with the facts herein stated.

2. I am employed by Las Cruces Public Schools. My official title is Information Operations Assistant Director.

3. I state that the sign out sheet from Desert Hills Elementary for December 16, 2022, is the original or a true duplication of the original records of Las Cruces Public Schools and that I am a custodian of the described records.

4. The above-mentioned records are records that are made by Las Cruces Public Schools as a regular practice.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on the __10__ day of __April__, 2025.

_____
Melissa Leyva
Information Operations Assistant Director