IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 23-CR-909-MIS |
| | ) | |
| OTHON JORGE ZAMARRIPA**,** | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING
DOCUMENTS PURSUANT TO FED. R. EVID. 902(11)

The United States hereby gives notice that it intends to introduce evidence pursuant to Federal Rule of Evidence 902(11). The Federal Rules of Evidence allow for admission, at trial, of certified domestic records of regularly conducted activity without a custodian of record testifying about their authenticity. Rule 902 provides that:

**Rule 902. Evidence That Is Self-Authenticating.**

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted.

> **(11)** *Certified Domestic Records of Regularly Conducted Activity*.
> The original or a copy of a domestic record that meets the requirements of
> Rule 803(6)(A)-(E), as shown by a certification of the custodian or another
> qualified person that complies with a federal statute or a rule prescribed
> by the Supreme Court. Before the trial or hearing, the proponent must give
> an adverse party reasonable written notice of the intent to offer the record – and
> must make the record and certification available for inspection – so that
> the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

Rule 803 provides that:

**Rule 803. Exceptions to the Rule Against Hearsay – Regardless of Whether the Declarant is Available as a Witness.**

The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:

> (6) ***Records of a regularly conducted activity.*** A record of an act, event, condition, opinion, or diagnosis if:
> (A) the record was made at or near the time by – or from information transmitted by – someone with knowledge;
> (B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;
> (C) making the record was a regular practice of that activity;
> (D) all these conditions are shown by the testimony of the custodian or another qualified witness or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and
> (E) the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6)(A)-(E).

Pursuant to Fed. R. Evid. 902(11), the United States hereby gives notice of its intention to offer into evidence transcripts of the forensic interviews of Jane Doe on January 10, 2023, and January 12, 2023, and transcripts of the forensic interviews of John Doe on January 10, 2023, and June 7, 2023, from Russin Reporting LLC. The referenced records are true duplications of the original records in the custody of Russin Reporting LLC. Therefore, the records qualify as a domestic record of regularly conducted activity as defined in Fed. R. Evid. 902(11), and are admissible as records of a regularly conducted activity pursuant to Fed. R. Evid. 803(6).

The United States has previously disclosed the record to the defendant.[1] The necessary 902(11) certification by a records custodian for the record is attached to this motion.

---

[1] The United States is not attaching the transcripts to the pleading, but they were disclosed to Mr. Del Valle on January 22, 2025. Corrected copies were disclosed to Mr. Del Valle and Mrs. Booth on April 11, 2025, as Bates PO3072-PO3453. Counsel for the Defendant does not oppose this Notice.

Respectfully Submitted

HOLLAND S. KASTIN
Acting United States Attorney

*Electronically filed 4/14/2025*
JONI AUTREY STAHL
JACKSON K. DERING V
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001
575-522-2304

I HEREBY CERTIFY that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
JONI AUTREY STAHL
Assistant United States Attorney