IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 23-CR-909-MIS |
| ) | |
| OTHON JORGE ZAMARRIPA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION

Pursuant to Federal Rules of Evidence 803(6) and 902(11), I, Jenifer Russin, submit this declaration concerning transcripts of the forensic interviews of Jane Doe from January 10, 2023, and January 12, 2023, and transcripts of the forensic interviews of John Doe from January 10, 2023, and June 7, 2023, and state as follows:

1. I am over eighteen years of age, of sound mind, capable of making this certification and personally acquainted with the facts herein stated.

2. I am Chief Executive Officer of Russin Reporting LLC. I am a Registered Diplomate Reporter (RDR), Certified Court Reporter (CCR), and a Certified Realtime Reporter (CRR),

3. I state that the transcripts of the forensic interviews of Jane Doe from January 10, 2023, and January 12, 2023, and the transcripts of the forensic interviews of John Doe from January 10, 2023, and June 7, 2023, from Russin Reporting LLC, are the originals or true duplications of the original records of Russin Reporting LLC and that I am a custodian of the described records.

4. The above-mentioned records are records that are made by Russin Reporting LLC as a regular practice.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on the 11th day of April, 2025.

*Jenifer Russin, RDR CCR, CRR*