**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

v.                                                            No. 23-CR-909-MIS

OTHON JORGE ZAMARRIPA,

     Defendant.

## <u>ORDER GRANTING IN PART MOTION TO CONTINUE TRIAL</u>

**THIS MATTER** is before the Court on Defendant's Motion to Continue Trial and Extend All Related Deadlines ("Motion"), ECF No. 125, filed on April 13, 2025. The Government filed an expedited response on April 14, 2025, ECF No. 130. Defendant argues in his Motion that several new, extensive items of discovery have been recently disclosed by the Government in the last month or so, for which defense counsel will require additional time to adequately review and address. Accordingly, Defendant requests that the trial currently set to begin on April 28, 2025 be continued and pretrial deadlines be extended for 90 days. In its response, the Government acknowledges the new items of discovery as well as its intent to seek a superseding indictment adding a new charge stemming from that discovery. The Government therefore does not oppose Defendant's request to continue the trial, but does oppose Defendant's request to extend pretrial deadlines.

As the Government notes, Defendant has failed to comply with the deadlines imposed by this Court for the parties to file pretrial motions and responses to the opposing party's motions. To date, Defendant has not filed any motions in limine or related motions, nor any responses to the Government's timely motions, and the time to do so has expired. Besides the new discovery, which is irrelevant to many of the Government's motions, Defendant has offered no explanation

1

for his failure to comply with pretrial deadlines. However, given the Government's non-opposition to the continuing of trial, and the fact that the Government will be seeking to add a new charge to the indictment, the Court will **GRANT** Defendant's Motion in part: trial shall be continued for approximately 90 days, and pretrial deadlines will be extended *only as related to the new discovery (namely, Defendant's iPhone and laptop) and the  new charge.* Neither party will be permitted to file untimely motions, briefing, or other filings unrelated to the new discovery or new charge.

Per the Court's Minute Order, ECF No. 131, the Pretrial Conference scheduled for tomorrow, April 15, is continued, but the Court will hold a status conference at the scheduled time in order to set the new trial dates.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE