UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                           Case No. 23-cr-00909-MIS

OTHON JORGE ZAMARRIPA,

      Defendant.

## DEFENDANT'S EXHIBIT LIST

Defendant Othon Zamarripa, by and through undersigned counsel, files this his exhibit list:

1. Custody receipt for seized property and evidence: iPhone. Bates 877.

2. Custody receipt for seized property and evidence: search warrant, electronic devices at 2025 Washington Rd, Anthony, NM 88025. Bates 878-883.

3. Othon Zamarripa wage detail inquiry. Bates 40.

4. Photograph taken on December 16, 2022 at 2:43pm at 2025 Washington Rd., Anthony, NM 88025.

5. Photograph taken on December 16, 2022 at 2:44pm at 2025 Washington Rd., Anthony, NM 88025.

6. Video taken by Margarita Miranda on December 16, 2022 at 3:44pm at 2025 Washington Rd., Anthony, NM 88025.

7. Video taken by Margarita Miranda on December 16, 2022 at 3:59pm at 2025 Washington Rd., Anthony, NM 88025.

8. Video taken bn Margarita Miranda on December 16, 2022 at 4:00pm at 2025 Washington Rd., Anthony, NM 88025.

9. Photograph of Judith Ochoa dangling A.Z. from second story.

10. El Paso Municipal Court Records: *State of Texas v. Judith Zamarripa*, Case Number: CC-2019-0001582.

11. Department of the Army Certificate of The Army Achievement Medal awarded to Othon Zamarripa on September 1, 2014.

12. Department of the Army Honorable Discharge Certificate dated November 11, 2014.

13. Floor plan of 2025 Washington Rd., Anthony, NM 88025 residence, surveyed by Jorge Angulo on March 7, 2025.

14. Photographs (composite) of 2025 Washington Rd., Anthony, NM 88025, taken by Investigator Javier Diaz on April 16, 2025.

15. Video of 2025 Washington Rd., Anthony, NM 88025, taken by Investigator Javier Diaz on April 16, 2025.

16. Navy Federal Bank Statements from April to September, 2023 for e-Checking Account #5411 (last four digits).

17. Court file from *Judith Zamarripa vs. Othon Zamarripa*, No. D-307-DM2023-127.

18. VA Apportionment Letter, dated December 15, 2023.

Defendant reserves the right to designate other exhibits that are discovered as the investigation is ongoing.

Dated this 21st day of April 2025.

Respectfully submitted,

*/s/ Ken del Valle*
Kenneth del Valle
1062 Whirlaway Drive
El Paso, Texas 79936
Tel. 915-276-8353

E-mail: kendelvalle@aol.com
Bar Number: 12439

_____
Shaharazad McDowell Booth
Attorney for Defendant
NM Bar # 142956
US Bar ID # 19-101
PO Box 13856
Las Cruces, NM 88013
(575) 323-8233
*Attorneys for Mr. Zamarripa*

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Exhibit List upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 21st of April 2025.

*/s/ Ken del Valle*
Kenneth del Valle