IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-909-MIS |
| | ) | |
| OTHON JORGE ZAMARRIPA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY OF
RÉMY BOURGOIN

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides the following disclosure concerning expert testimony that the government will seek to introduce under Federal Rules of Evidence 702, 703, and 705. The United States intends to offer the testimony of the below expert, and reserves the right to supplement this disclosure or offer additional testimony by this expert or other expert witnesses. The United States further reserves the right for the expert to provide, amend, or adjust opinions and bases therefore based on information perceived by or made known to them before or during trial.

1. Rémy Bourgoin

    A. Anticipated Testimony

Rémy Bourgoin is a Senior Staff Software Engineer at X Corp. (formerly Twitter). He has more than 10 years of experience in software engineering with a focus on iOS development. The X iOS application is a mobile app that allows people to access X Corp (formerly Twitter) on their iPhones, enabling them to view posts (tweets), interact with other users, and share content—

including images and videos. Mr. Bourgoin also has expertise in developing and launching high-profile features and applications, and is currently building X Money, a new product, from scratch.

Mr. Bourgoin will testify that X Corp. (formerly Twitter) is a social media platform where users share short messages (posts), images, and videos. The app curates a personalized feed for each user, showing posts from accounts they follow and, through algorithmic recommendations, posts from accounts they don't follow. This feed is dynamically updated based on user interactions, such as likes, retweets, and replies. Additionally, Mr. Bourgoin will explain generally how the X Corp. (formerly Twitter) algorithm analyzes a user's activity—what the user likes, who the user follows, and what the user interacts with—to decide which posts appear in the user's feed. The "For You" tab in X, for example, uses machine learning to recommend tweets from both the user's network and outside it, ranking them by relevance and engagement potential. This means that as users interact with content, the app continuously adapts to show more of what it predicts they'll find interesting.

Mr. Bourgoin will explain that as users scroll through their feed and view content, the X app automatically downloads and stores copies of images, videos, and other data as cache files on the device. This caching process helps the app load content faster if you view it again, but it also means that images the user sees—even briefly—are saved locally on the user's device. Cached media files accumulate on the user's device over time, reflecting the images and videos the user has viewed through normal interaction with the app.

   B.  Qualifications, Publications, and Prior Testimony

Mr. Bourgoin has a Bachelor and Master of Science, Computer/Information Technology Administration and Management from Université Paris Dauphine – PSL. As of the filing date, the

United States is unaware of any publications or prior testimony. The United States will amend this notice to include any relevant information that becomes available.

C.  Witness's Approval & Signature

Pursuant to Rule 16(a)(1)(G)(v), the United States will amend this filing to include Mr. Bourgoin's approval of this disclosure evidenced by his signature as soon as the signed document is available.

5.  Applicable Law

The above information regarding the training, experience, and qualifications of the proposed witness in his fields, within the context of the testimony proffered, demonstrates that the testimony of this witness is both relevant and reliable. If any of the testimony outlined above is challenged, the United States respectfully submits that, pursuant to *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 152 (1999), the Court should exercise its "special gatekeeping obligation" and should determine that the testimony is admissible as the witnesses have "a reliable basis in knowledge and experience" in their field. *See United States v. Charley*, 189 F.3d 1251, 1261 (10th Cir. 1999); *Velarde*, 214 F.3d at 1208 (quoting *Kumho Tire*, 526 U.S. at 149). The United States respectfully submits that if the testimony outlined above is challenged, the Court should treat this notice as a proffer on the training, background, and education of the witness and allow their testimony.

In this case, there are no novel scientific principles at play and adequate assurances of reliability are set forth above. Accordingly, if any of the testimony set forth above is challenged, this Court should rule that this evidence is admissible based on the pleadings. In the alternative, even if the Court decides that some form of hearing is necessary regarding some of the testimony, the Court may reserve ruling on the testimony's admissibility until it is offered at trial. *See United*

*States v. Nichols,* 169 F.3d 1255, 1262-63 (10th Cir. 1999) (no abuse of discretion to decline to hold a preliminary evidentiary hearing), *cert. denied*, 528 U.S. 934 (1999).

WHEREFORE, the United States respectfully provides notice of its intent to offer the above-described expert testimony in its case-in-chief at trial because the proposed testimony has a "reliable basis in the knowledge and experience" of the witness's discipline.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically Filed 7/2/2025*
JONI AUTREY STAHL
JACKSON K. DERING V
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304 - Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*Electronically Filed 7/2/2025*
JACKSON K. DERING V
Assistant United States Attorney