**Gmail**

Aadarsh Prasad <prasad.aadarsh@gmail.com>

## [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for Clarification

**Shaharazad Booth** <shaharazad.booth@gmail.com>
To: Aadarsh Prasad <prasad.aadarsh@gmail.com>

Fri, Jul 18, 2025 at 5:37 PM

**EXHIBIT
A**

--------- Forwarded message ---------
From: **Shaharazad Booth** <shaharazad.booth@gmail.com>
Date: Thu, Jun 5, 2025, 3:15 PM
Subject: Re: [EXTERNAL] [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for
Clarification
To: Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov>
Cc: Aadarsh Prasad <prasad.aadarsh@gmail.com>, Dering, Jackson (USANM) <Jackson.Dering@usdoj.gov>, Rouse,
Ashley (USANM) <Ashley.Rouse@usdoj.gov>

I remember the deadlines for pending replies but not other deadlines. There was a lot of plates in the air so I could be
wrong.

She did deny this request for extension but I would feel better with a filing instead of oral request as the last one was.

On Thu, Jun 5, 2025, 2:54 PM Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov> wrote:

> Sherry,
>
>
> You can note our opposition to resetting the deadlines in this case. I'm out of the office so I don't have my notes from
> the hearing on the motion to continue, but I'm pretty confident the court discussed deadlines (contrary to what is
> asserted in paragraph 4 of the proposed motion).
>
>
> We are working on responses to the other correspondence you sent recently as well.
>
>
> I will try to touch base early next week once I'm back in the office.
>
>
> Thanks,
>
> Joni

**From:** Aadarsh Prasad <prasad.aadarsh@gmail.com>
**Sent:** Thursday, June 5, 2025 1:12 PM
**To:** Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov>; Dering, Jackson (USANM) <Jackson.Dering@usdoj.gov>;
Rouse, Ashley (USANM) <Ashley.Rouse@usdoj.gov>
**Cc:** Shaharazad Booth <shaharazad.booth@gmail.com>
**Subject:** [EXTERNAL] [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for
Clarification

7/18/25, 5:37 PM    Gmail - [request for Position] 23-cr-00909-MIS, USA v. Zamarripa, Motion to Reset Deadlines and for Clarification

Case 2:23-cr-00909-MIS    Document 195-1    Filed 07/18/25    Page 2 of 2

Greetings,

Please find the attached motion in the above stated case. Counsel, Ms. Shaharazad Booth is circulating this for your position prior to filing.

Thank you,

Aadarsh Prasad
Paralegal [Contractor]
Booth Law Firm
P.O. Box 13856
Las Cruces, NM 88013
sbooth@sboothlaw.com
Cell ██████████
Office: 575-323-8233