UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Jury Trial Clerk's Minutes

Before the Honorable Margaret I. Strickland

CASE NO.    CR 23-909 MIS                     DATE:   July 23,24, 25, 28,  2025

Time in court: 21 hours  14 minutes

TITLE:    United States v.  Othon Jorge Zamarripa

COURTROOM CLERK:  Jessica Chavez        COURT REPORTER:  Vanessa Alyce Chavez

Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

INTERPRETER:  Enith Valdes Ortiz and Rachel Albin (July 25, 2025 only)

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):

    Joni Stahl                                   Shaharazad Booth

    Jackson Dering                               Brock Benjamin

TYPE OF PROCEEDING:        Jury selection / Jury trial

PROCEEDINGS:

9:35 a.m. Court in session.

Court – individual voir dire. Jurors have been sworn

10:54 a.m. Court in recess

11:23 a.m. Court in session

Bench conference

11:24 a.m. Court Voir Dire

Scheduling issues #4 employment, #23 truck driver, #44 work, #29 conflict of interest, #42 employment, #39 childcare hardship, #63 employment, #21 wedding, #32 son school autism, #49 bench conference. #65 grandson care, #68 mother dementia, #62 disability, #3 short staffed work.

Government and staff   #30. Defense, defendant and staff.

11:35 a.m.  Government, Ms. Stahl Voir Dire.

11:55 a.m.  Defense, Mr. Brock Benjamin Voir Dire.

Bench conference #9 , 32

12:18 p.m. Court excuses jury for selection.

12:45 pm In session

CRD calls selected jurors.

12:48 pm Jurors Sworn in

12:49 p.m.  Court excuses jury panel not selected.

Selected jurors leave courtroom to go to the jury room.

12:50 pm   Court rulings will be filed.

Ms. Stahl invokes rule

Court Rule invoked

Ms. Stahl   argument  twitter

Ms. Booth  argument

12:52 pm.  Court in recess for lunch.

1:51 pm Court in session out of the presence of the jury

Court -   Addresses counsel 404 b objections

Argument by counsel

2:01 p.m. Jury present in the courtroom

2:02 p.m. Court preliminary instructions

2:09 p.m. Opening statement by government, Mr. Dering.

2:19 p.m. Opening statement by defense, Ms. Booth

2:25 pm. Government, Ms. Stahl calls Stephanie Legarreta W1 (Sworn)

        Direct examination

Ms. Stahl moves government exhibit 1

Ms. Booth no objection

Court Admits exhibit 1

Ms. Stahl moves government exhibit 22, 23, 24

Ms. Booth no objection

Court Admits government exhibit 22, 23, 24

Pass W1

2:37 p.m. Cross examination W1, Agent Legarreta by Ms. Booth.

Pass W1

Court excuses W1

2:38 p.m. Government, Mr.  Dering calls John Doe W2 (Sworn)

        Direct examination

Mr. Dering moves government exhibit 80

Ms. Booth objection, bench conference.

Court Lay foundation.

3:03 p.m. Continued Direct examination W2.

Mr. Dering moves government exhibit 80

Ms. Booth same objection, bench conference.

Court objection, overruled. Admits government exhibit 80.

3:07 p.m. Continued Direct examination W2.

Mr. Dering moves government exhibit 60

Ms. Booth objection, bench conference

Court Overrules objection, Admits government 60

3:27 p.m. Continued Direct examination W2.

3:28 p.m. Ms. Booth Objection, bench conference

3:29 pm. Court overruled objection

3:29 p.m. Continued Direct examination W2.

Pass W2

3:30 p.m.  Court excuses jury for break.

3:31 p.m.  Ms. Booth   exhibit 80 received photo in March

2:32 p.m. Mr. Benjamin argument Jenks.  Video 2017.   Request call Agent Legaretta.

3:34 Mr. Benjamin examination W1, Agent Legarreta.

Court excuses W1.

Mr. Benjamin addresses 2017 video.

3:41 p.m.  Court in recess.

3:46 p.m. Court in session

3:48 p.m. Jury present in the courtroom.


  **Cross examination W2, by Ms. Booth.**

3:51 p.m. Mr. Dering objection hearsay

Court Overruled

  **Continued Cross examination W2.**

3:56 p.m. Mr. Dering objection relevance, bench conference

Court Objection overruled.

  **3:57 p.m. Continued Cross examination W2.**

4:15 p.m. Pass W2


Bench conference


4:16 p.m.  Re Direct examination W2, John Doe by Mr. Dering

Mr. Dering moves government exhibit 32.

Ms. Booth no objection

Court Admits government exhibit 32.


4:25 p.m. Bench conference

Mr. Dering door opened, forensic interviews.

Ms. Booth door not opened

Court Will be under advisement.

4:26 p.m. Pass W2


4:27 p.m. Government Ms. Stahl calls Jane Doe W3 (Sworn)

  **Direct examination W3**

Ms. Stahl moves government exhibit 48

Ms. Booth same objection

Court Admits government exhibit 48

Ms. Stahl moves government exhibits, 27, 28, 29

Ms. Booth no objection

Court Admits government exhibit 27, 28, 29.

Ms. Stahl moves government exhibit 26

Ms. Booth no objection

Court Admits government exhibit 26.

Ms. Stahl moves government exhibit 57

Ms. Booth no objection

Court Admits government exhibit 57

Ms. Stahl moves government exhibit 50

Ms. Booth no objection

Court Admits government exhibit 50

Ms. Stahl moves government exhibit 53

Ms. Booth no objection

Court Admits government exhibit 53

5:12 Bench conference

5:14 p.m. Court excuses jury for the evening.

Mr. Dering argument door open forensic interview.

Ms. Booth request hear in the morning

Court will meet counsel at 8:00 a.m.

5:22 p.m. Court In recess (End of Day 1)

(Day Two (2) - July 24, 2025)

8:23 am. Court in session, out of the presence of the jury.

Mr. Dering argument as to opening door forensic interview.  Request admit interview.

Ms. Booth did not open door. Specific on questioning.

Mr. Dering cites case U.S. v Bruce

Court   Will get ruling out.

8:30 a.m. Jury present in the courtroom

8:31 a.m. Continued Direct examination W3, Jane Doe by Ms. Stahl.

8:34 a.m. Pass W3

8:34 a.m. Cross examination W3, Jane Doe by Ms. Booth.

8:40 a. m. Objection relevance

Court overruled.

8:42 a.m. Ms. Stahl objection

Bench conference

8:43 a.m.  Overruled.

8:44 a.m. Bench conference.

Continued Cross examination W3.

8:49 a.m. Bench conference

9:00 a.m. Bench conference, Ms. Stahl objection, relevance

Court Overruled

9:09 a.m. Pass W3

9:09 a.m. Re Direct examination W3, Jane Doe by Ms. Stahl

9:13 a.m. Bench conference, read portion of transcript.

9:18 a.m. Ms. Stahl request Bench conference

9:22 a.m. Continued Re Direct examination.

9:24 a.m. Pass W3

Court excuses W3

9:24 a.m. Jury released for break

9:25 a.m. Ms. Stahl   argument as to notes

9:26 a.m. Mr. Benjamin argument

9:28 a.m. Ms. Stahl reply

9:31 a.m. Court in recess.

9:43 a.m. Court in session, out of the presence of the jury.

Ms. Booth request video be played now.

Ms. Stahl request play at end

Ms. Booth argument

Mr. Dering argument U.S. Bruce, admit exhibit 63 for jury during deliberation, not play in Court

Mr. Benjamin objects

Court Will research, call next witness.

9:49 a.m. Jury present in the courtroom.


9:50 a.m. Government, Ms. Stahl calls Melissa Leyva W4 (Sworn)

      Direct examination

Ms. Stahl moves government exhibit 41

Mr. Benjamin no objection

Court Admits government exhibit 41


10:03 a.m. Mr. Benjamin, objection

Court Overruled.

Pass W4


10:03 a.m. Cross examination W4, Ms. Leyva, by Mr. Benjamin

Pass W4

Court excuses W4


10:06 a.m. Government, Mr. Dering, calls Daniel O'Donnell W5 (Sworn)

      Direct examination. Supervisory Special Agent FBI

Mr. Dering move Agent O'Donnell as expert

Ms. Booth no objection

Court – Qualified as expert.


Mr. Dering moves government exhibit 43, 44

Ms. Booth no objection

Court Admits government exhibit 43 and 44

Pass W5

10:58 a.m. Cross examination W5, Agent O'Donnell by Ms. Booth.

11:01 a.m. Mr. Dering objection, Bench conference

Court overruled, limited question

Continued Cross examination W5.


11:09 a.m. Mr. Dering objection, relevance

Ms. Booth bench conference

Court objection sustained

Continued Cross examination W5

Pass W5


11:24 am.  Re Direct examination W5, Agent O'Donnell by Mr. Dering.

Pass W5

Court excuses W5


11:28 a.m.  Court excuses jury for lunch


11:30 a.m. Court in recess, lunch.

12:48 pm. Court in session, Jury present in courtroom


12:49 p.m. Government, Mr. Dering calls Heather Kimball, W6 (Sworn)

Direct examination

1:01 p.m. Mr. Dering move Ms. Kimball as expert

Ms. Booth no objection

Court Will be recognized as expert.

1:03 pm Ms. Booth, objection relevance

Bench conference

Court objection overruled

   Continued Direct examination

1:40 p.m. Ms. Booth, objection.

Court Lay Foundation

1:51 pm PassW6


   1:51 p.m. Cross examination W6, Ms. Kimball, by Ms. Booth

1:57 p.m. Mr. Dering objection

Bench conference

Ms. Booth will withdraw question

   Continued cross examination

2:11 p.m. Pass W6


   2:11 p.m. Re Direct examination W6, Ms. Kimball by Mr. Dering

2:15 Pass W6

2:16 p.m. Court excuses W6


2:16 p.m. Jury excused for break


Ms. Stahl   next witness Agent Weir

Mr. Benjamin Officer Weir report regarding images stating 2.   Other 4 images are not in report.

Ms. Stahl expert report disclosed before additional charges. Images were fully disclosed.

Court  will review.


Court – Note from juror.

2:27 p.m. Court in recess.

2:38 p.m. Court in session, out of the presence of the jury.


2:40 p.m. Mr. Dering will testify to 6 images found in same file.

Mr. Benjamin comments


2:43 p.m. Jury present in courtroom


2:44 p.m. Government, Mr. Dering calls Max Weir, W7 (Sworn)

Direct examination

2:53 p.m. Mr. Dering moves Officer Weir as expert

Mr. Benjamin response

Court Officer Weir recognized as expert cell phone forensics

Direct examination

3:03 p.m. Mr. Benjamin objection

Bench conference.

Direct examination

Mr. Dering moves government exhibit 85

Mr. Benjamin no objection

Court Admits government exhibit 85


3:13 pm. Mr. Dering government exhibit 86

Bench conference


3:19 p.m. Continued Direct examination

Mr. Dering moves government exhibit 86

Court under advisement, revisit when redactions completed

Mr. Dering moves government exhibit 81

Mr. Benjamin no objection

Court Admits government exhibit 81

Mr. Dering government exhibit 82

Mr. Benjamin no objection

Court Admits government exhibit 82


3:29 pm Bench conference


Continued Direct examination


Mr. Dering government exhibit 76 and 76a

Mr. Benjamin Bench conference

Mr. Dering moves government exhibit 76 and 76a

Mr. Benjamin objection as previously noted

Court Admits government exhibit 76 and 76a over objection


3:47 p.m. Jury excused from jury room (break)


Mr. Dering addresses Court as to Officer Weir internet knowledge

Mr. Benjamin argument

Court General knowledge of internet is fine.


4:03 pm. Court in recess.

4:05 p.m. Court in session


Mr. Dering moves government exhibit 86 (redacted)

Mr. Benjamin no objection

Court Admitted government exhibit 86 as redacted

4:09 p.m.  Jury present in the courtroom

4:09 pm   Continued Direct examination W7, Officer Weir by Mr. Dering.

4:26 p.m. Mr. Dering government exhibit 67 and 68

Mr. Benjamin objection (403)

Court findings

Continued Direct examination W6.

Mr. Dering moves government exhibit 67 and 68

Mr. Benjamin stand by objection

Court Admits government 67 and 68 over objection

Mr. Dering moves Government exhibit 66

Mr. Benjamin previous objection

Court Admits government exhibit 66 over objection

4:41 p.m. Bench conference

Continued Direct examination

4:44 p.m. Mr. Benjamin objection

Mr. Dering bench conference

Continued Direct examination

4:48 p.m. Jury released for the evening.

Argument

4:54 p.m. Court in recess

5:03 p.m.   Cour tin session

Court Jurisdictional issue

Ms. Stahl argument

Court will send case to counsel from 10th circuit.

5:10 p.m. Court in recess.    (End of day Two – July 24, 2025)

(Day Three (3)  July 25, 2025)

8:30 a.m. court in session, out of the present of the jury

Ms. Stahl believe defense has opened door as to John Doe   Would like to show video squishing and playing fight game.

Court will take up during break before case agent testimony

Court entered order regarding John Doe video.  Will allow govt to move admission.

Ms. Sthal -  foundation of images.  Do not plan to show but lay foundation.

Mr. Benjamin objection

Court  foundation had been laid.

Mr.  Benjamin set exhibit to government

Ms. Stahl   exhibit hearsay, not relevant, no witness to lay foundation

Mr. Benjamin excluded foundation witness. Document produced by Officer Weir.  Residual hearsay.

Court   identify with evidence sticker.

Ms. Stahl   Judith was not excluded.

Court looked back at notice on Officer Weir allow in testimony regarding data.

Ms.  Booth request file exparte.

Court may file open after government has rested.

8:42 a.m. Jury present in the courtroom

8:43 a.m.   Continued Direct examination W7, Officer Weir, by Mr. Dering.

8:50 a.m. Mr. Dering moves 70, 70a, 71, 71a, 72, 72a, 73, 73a, 74, 74a, 75, 75a.

Bench conference Mr. Benjamin prior objection

8:51 a.m. Court Admits government admits 70, 70a, 71, 71a, 72, 72a, 73, 73a, 74, 74a, 75, 75a.

Continued Direct examination W7.

8:58 a.m. Mr. Benjamin objection, bench conference

9:03 am. Pass W7

9:03 am. Cross examination W7, Officer Weir by Mr. Benjamin.

9:14 a.m. Mr. Dering objection

Mr. Benjamin bench conference

9:34 a.m. Mr. Dering bench conference

Mr. Benjamin will move on

9:36 a.m. Continued Cross examination

Mr. Benjamin moves defense exhibit 19

9:47 a.m. Jury excused from the courtroom

Mr. Dering objection to defense exhibit 19, 401 and 403

Court will Admit defense exhibit 19.

9:55 a.m.  Ms. Stahl argument before case agent testimony, outcry.

Ms. Booth response.

Court under advisement

Court portions of interview for Jane Doe.

Ms. Booth argument

Ms. Stahl response

Court under advisement

Ms. Booth   reviewing Jenks material and Agent testimony (terms used)

Mr. Stahl response

Court will not allow testimony as age as expert notice, will allow under 701

10:21 a.m. Court in recess (break)

10:32 a.m. Court in session, out of the presence.

Ms. Stahl – withdraw intent to introduce video.

Court   disclosure issue with John Doe.   Finding, concern with CYFD report, may recall witness.

Ms. Booth would renew 2017 interview and outcry.

10:39 jury present in courtroom.


Continued Cross examination W7, Officer Weir, by Mr. Benjamin

Mr. Benjamin moves defense exhibit 19

Court Admits defense exhibit 19 over previous objection

PassW7


10:47 a.m. Re Direct examination W7 by Mr. Dering

Bench conference, Defense exhibit 19

Court objection sustained.

Pass W7

Court excuses W7


10:53 am. Government re calls Stephanie Legarreta W1 (Sworn)

Direct examination

Ms. Booth objection

Bench conference Court sustains objection

10:58 a.m.  Continued direct examination

Ms. Stahl admits government exhibit 63

Ms. Booth previous objection

Court Admits government exhibit 63


11:15 a.m. Ms. Booth object, bench conference

Ms. Stahl will rephrase question


11:32 a.m. Ms. Stahl government exhibit 78

Ms. Booth bench conference

11:33 a.m. Court Lay foundation

11:51 Ms.  Stahl moves government exhibit 40

Ms. Booth bench conference relevance

Court Admits government exhibit 40

                Continued Direct examination W7.


12:00 pm Ms. Booth objection, relevance

Bench conference

Ms. Stahl foundation



12:03 p.m. Court Jury released for lunch


Ms. Stahl argument

Ms. Booth argument

Court   Findings


Ms. Stahl request exhibit 87 used as demonstrative

Ms. Booth no objection as demonstrative.


12:24 p.m. Court in session, lunch break.


1:14 pm. Court in session out of the presence of the jury


Ms. Stahl – Agent Legarreta testimony


Court -will allow deft had alias account relevant

Ms. Booth   inquire elicit testimony as Toastystruddle

Ms. Stahl comments

Ms. Booth hearsay, no foundation

Court  702, disclosure

Ms. Stahl was disclosed, case cited.

Court will review case.


1:24 p.m.  Jury present in the courtroom


    Continued Direct examination W7 by Ms. Stahl.

Government demonstrative exhibit 1  (overview )


1:31 pm   Ms. Booth objection

Bench conference


Ms. Stahl moves government exhibit 79

Ms. Booth objection

Court Admits government exhibit 79


1:43 p.m.   Ms. Booth objection

Bench conference

Court Objection sustained


Exhibits being shown


1:48 p.m. Ms. Booth moves to strike Twitter

Bench conference

Ms. Stahl will lay foundation

Court Grant Objection sustained

1:57 p.m. Bench conference

Court sustains objection as to Toasty.


   Continued Direct examination W7.

2:00 p.m. Pass W7


   2:00 p.m. Cross examination W7, Agent Legaretta by Ms. Booth


2:24 p.m. Bench conference

   2:25 p.m. Continued Cross examination W7.

Pass W7


   2:27 p.m. Redirect examination W7, Agent Legarreta by Ms. Stahl

Ms. Booth objection, relevance

Court Overruled

2:33 p.m. Pass W7

Court excuses W7


Government rests


2:35 p.m.  Jury excused from courtroom.


Mr. Benjamin Rule 29 motion argument

Mr. Dering argument

Court under advisement as all counts.

2:54 p.m.   Court in recess

3:08 pm. Court in session, in the presence of the jury.

3:09 p.m. Defense, Mr. Benjamin calls Margarita Miranda W8 (Sworn)   (Interpreter Enith Valdes Ortiz)

Pass W8

3:22 p.m.  Cross examination W8, Ms. Miranda by Mr. Dering. (Interpreter Rachel Albin)

Pass W8

Court excuses W8

3:31 pm. Defense, Mr. Benjamin calls Othon Ruben Zamarripa W9 (Sworn)

Pass W9

3:39 p.m. Cross examination W9,  Othon Ruben Zamarripa by Mr. Dering.

Pass W9

Court excuses W9

3:41 p.m. Re Direct examination W9.

Court excuses W9

3:42 p.m. Defense, Mr. Benjamin calls Estella Zamarripa W10 (Sworn)

Pass W10

3:49 p.m. Cross examination W10, Estella Zamarripa by Mr. Dering.

Pass W10

Court excuses W10

3:51 pm. Bench conference

3:52 p.m.   Court in recess

3:49 p.m. Court in session

Court addresses Mr.  Zamarripa

4:01 p.m. Jury present int the courtroom

Mr. Benjamin defense resets.

4:03 p.m. Jury released for the evening

Court Addresses counsel jury instruction

Any objections by noon July 26th.

Limiting instructions by 9:00 pm July 26th

4:10 p.m.  Court in recess until Monday (End of day three - July25, 2025)

8:45 a.m. Court in session, out of the presence of the jury.   (Day 4, July 28, 2025)

Court Jury instructions discussed with counsel

9:08 a.m. Jury present in the courtroom.

Court reads jury instructions

9:36 a.m. Closing arguments by Ms. Stahl

10:13 a.m. Bench conference, objection by Ms. Booth

Court counsel to move on

10:14 a.m. Continued closing argument by Ms. Stahl

10:18 a.m. Closing argument by Ms. Booth.

11:02 a.m.  Government, Ms. Stahl rebuttal.

11:14 a.m. continued jury instructions

11:17 a.m. Court releases Alternate jurors.

11:20 a.m. Court in recess, jury in deliberation

11:30 a.m. Court in session out of the presence of the jury.

Court  Note from jury

11:39 Court in recess.

2:08 p.m. Court in session out of the presence of the jury

Court note from jury.

2:11 p.m. Court in recess.

2:42 p.m. Court in session

Court Note from Jury

2:51 p.m. Court in recess

3:29 pm court in session

3:31 pm. Jury present in the courtroom

Court Reads Verdict

        Count 1 – Guilty

        Count 2 – Guilty

        Count 3 – Guilty

3:33 p.m. Court  polls jury

3:34 p.m. Court excuses jury

Court Order PSR, Defendant to remain in the custody of the USM.

3:36 pm.   Court in adjourned

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

                                    **No.  CR 23-909 MIS**

**OTHON JORGE ZAMARRIPA,**

    Defendant.

## EXHIBITS

| United States of America vs  Othon Jorge Zamarripa | | Case No.  CR 23-909 MIS |
|---|---|---|
| Plaintiff's Attorneys:<br><br>Joni Stahl and Jackson Dering | Defendant's Attorneys:<br><br>Sherry Booth and Brock Benjamin | United States District Court<br>District of New Mexico |
| | | Trial Date(s): July 23, 24, 25 , 28 |
| Presiding Judge: Margaret I. Strickland | Court Reporter: Vanessa Alyce Chavez | Courtroom Deputy: Jessica Chavez |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 7/23/2025 | X | | X | Photo of 2025 Washington St |
| 22 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 23 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 24 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 26 | | 7/23/2025 | X | | X | Screen shot of Valentina (back) in Ruidoso date Dec 18, 2022 |
| 27 | | 7/23/2025 | X | | X | Screenshot o Valentina, siblings, and Zamarripa in Ruidoso dated Dec 18, 2022 |
| 28 | | 7/23/2025 | X | | X | Screenshot o Valentina, siblings, and Zamarripa in Ruidoso dated Dec 18, 2022 |
| 29 | | 7/23/2025 | X | | X | Screenshot o Valentina and sibling in Ruidoso dated Dec 18, 2022 |
| 32 | | 7/23/2025 | X | | X | Screenshot of bruise on Sebastian's face dated October 15, 2020 |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 40 | | 7/24/2025 | X | X | X | Wage Inquiry Report from Texas Workforce Commission |
| 41 | | 7/24/2025 | X | | X | Sign out from Desert Hills Elementary dated December 16, 2022 |
| 43 | | 7/24/2025 | X | | X | The Grooming Process PowerPoint Slide |
| 44 | | 7/24/2025 | X | | X | Identifying a Target PowerPoint Slide |
| 48 | | 7/23/2025 | X | X | X | Still shot o Valentina from Forensic Interview on January 10, 2023 |
| 50 | | 7/23/2025 | X | | X | Valentina's drawing during Forensic Interview on January 10, 2023 |
| 53 | | 7/23/2025 | X | | X | Valentina's diagram during Forensic Interview on January 10, 2023 |
| 57 | | 7/23/2025 | X | | X | Valentina's drawing during Forensic Interview dated January 12, 2023 |
| 60 | | 7/23/2025 | X | X | X | Still shot of Sebastian from Forensic Interview dated January 10, 2023 |
| 63 | | 7/25/2025 | X | X | X | Forensic Interview o Sebastian dated June 7, 2023 |
| 66 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 67 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 68 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 70 | | 7/25/2025 | X | X | X | Photo 1 (Child Porn) Located on Apple iPhone 12 Pro on or about January 15, 2023 |
| 70a | | 7/25/2025 | X | X | X | Extraction Report for Photo 1 |
| 71 | | 7/25/2025 | X | X | X | Photo 2 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 71 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 2 |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 72 | | 7/25/2025 | X | X | X | Photo 3 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 72 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 3 |
| 73 | | 7/25/2025 | X | X | X | Photo 4 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 73 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 4 |
| 74 | | 7/25/2025 | X | X | X | Photo 5 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 74 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 5 |
| 75 | | 7/25/2025 | X | X | X | Photo 6 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 75 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 6 |
| 76 | | 7/24/2025 | X | X | X | Texts on Apple iPhone 12 Pro between Sebastian and Zamarripa dated April 18, 2021 |
| 76 a | | 7/24/2025 | X | X | X | Extraction Report for Texts on Apple iPhone 12 Pro between Sebastian and Zamarripa dated April 18, 2021 |
| 79 | | 7/25/2025 | X | X | X | X Corp (formally Twitter) Toasty4struddle Account Profile |
| 80 | | 7/23/2025 | X | X | X | Screenshot of Playstation Messages between Sebastian and Zamarripa dated January 18, 2020 |
| 81 | | 7/24/2025 | X | | X | List of Open Tabs of Pornography Websites on Apple iPhone 12 |
| 82 | | 7/24/2025 | X | | X | Screenshot of Open Tabs on Apple iPhone 12 |
| 85 | | 7/24/2025 | X | | X | iPhone 12 Pr4o belonging to Othon Zamarripa (Physical Exhibit) |
| 86 | | 7/24/2025 | X | | X | Phone Activity and Messaging Timeline for December 16, 2022 |
| I | | | | | | Demonstrative exhibit  (Previous govt exhibit 87) |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| | 19 | 7/25/2025 | X | X | X | Screenshot |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.