IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUL 28 2025
MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 23-CR-909-MIS |
| OTHON JORGE ZAMARRIPA, | ) |
| Defendant. | ) |

## VERDICT

### Count 1

We, the Jury, find the Defendant, Othon Jorge Zamarripa, __Guilty__, as charged in Count 1 of the Indictment.
(Guilty or Not Guilty)

### Count 2

We, the Jury, find the Defendant, Othon Jorge Zamarripa, __Guilty__, as charged in Count 2 of the Indictment.
(Guilty or Not Guilty)

### Count 3

We, the Jury, find the Defendant, Othon Jorge Zamarripa, ~~Not Guilty~~ Guilty, as charged in Count 3 of the Indictment.
(Guilty or Not Guilty)

DATED THIS __28__ DAY OF __July__, 2025.

██████████████████████
FOREPERSON