IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. CR 23-909 MIS

OTHON JORGE ZAMARRIPA,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUL 28 2025
MITCHELL R. ELFERS
CLERK OF COURT

### RECEIPT OF EXHIBITS – JURY TRIAL

| United States of America vs Othon Jorge Zamarripa | | Case No. CR 23-909 MIS |
|---|---|---|
| Plaintiff's Attorneys: Joni Stahl and Jackson Dering | Defendant's Attorneys: Sherry Booth and Brock Benjamin | United States District Court District of New Mexico |
| | | Trial Date(s): July 23, 24, 25, 28 |
| Presiding Judge: Margaret I. Strickland | Court Reporter: Vanessa Alyce Chavez | Courtroom Deputy: Jessica Chavez |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 7/23/2025 | X | | X | Photo of 2025 Washington St |
| 22 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 23 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 24 | | 7/23/2025 | X | | X | Photo of camera in bedroom 1 at 2025 Washington St. |
| 26 | | 7/23/2025 | X | | X | Screen shot of Valentina (back) in Ruidoso date Dec 18, 2022 |
| 27 | | 7/23/2025 | X | | X | Screenshot o Valentina, siblings, and Zamarripa in Ruidoso dated Dec 18, 2022 |
| 28 | | 7/23/2025 | X | | X | Screenshot o Valentina, siblings, and Zamarripa in Ruidoso dated Dec 18, 2022 |
| 29 | | 7/23/2025 | X | | X | Screenshot o Valentina and sibling in Ruidoso dated Dec 18, 2022 |
| 32 | | 7/23/2025 | X | | X | Screenshot of bruise on Sebastian's face dated October 15, 2020 |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 40 | | 7/24/2025 | X | X | X | Wage Inquiry Report from Texas Workforce Commission |
| 41 | | 7/24/2025 | X | | X | Sign out from Desert Hills Elementary dated December 16, 2022 |
| 43 | | 7/24/2025 | X | | X | The Grooming Process PowerPoint Slide |
| 44 | | 7/24/2025 | X | | X | Identifying a Target PowerPoint Slide |
| 48 | | 7/23/2025 | X | X | X | Still shot o Valentina from Forensic Interview on January 10, 2023 |
| 50 | | 7/23/2025 | X | | X | Valentina's drawing during Forensic Interview on January 10, 2023 |
| 53 | | 7/23/2025 | X | | X | Valentina's diagram during Forensic Interview on January 10, 2023 |
| 57 | | 7/23/2025 | X | | X | Valentina's drawing during Forensic Interview dated January 12, 2023 |
| 60 | | 7/23/2025 | X | X | X | Still shot of Sebastian from Forensic Interview dated January 10, 2023 |
| 63 | | 7/25/2025 | X | X | X | Forensic Interview o Sebastian dated June 7, 2023 |
| 66 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 67 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 68 | | 7/24/2025 | X | X | X | Zamarripa Web Browser History |
| 70 | | 7/25/2025 | X | X | X | Photo 1 (Child Porn) Located on Apple iPhone 12 Pro on or about January 15, 2023 |
| 70a | | 7/25/2025 | X | X | X | Extraction Report for Photo 1 |
| 71 | | 7/25/2025 | X | X | X | Photo 2 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 71 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 2 |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 72 | | 7/25/2025 | X | X | X | Photo 3 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 72 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 3 |
| 73 | | 7/25/2025 | X | X | X | Photo 4 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 73 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 4 |
| 74 | | 7/25/2025 | X | X | X | Photo 5 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 74 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 5 |
| 75 | | 7/25/2025 | X | X | X | Photo 6 (Child Porn) Located on Apple I Phone 12, Pro on or about January 15, 2023 |
| 75 a | | 7/25/2025 | X | X | X | Extraction Report for Photo 6 |
| 76 | | 7/24/2025 | X | X | X | Texts on Apple iPhone 12 Pro between Sebastian and Zamarripa dated April 18, 2021 |
| 76 a | | 7/24/2025 | X | X | X | Extraction Report for Texts on Apple iPhone 12 Pro between Sebastian and Zamarripa dated April 18, 2021 |
| 79 | | 7/25/2025 | X | X | X | X Corp (formally Twitter) Toasty4struddle Account Profile |
| 80 | | 7/23/2025 | X | X | X | Screenshot of Playstation Messages between Sebastian and Zamarripa dated January 18, 2020 |
| 81 | | 7/24/2025 | X | | X | List of Open Tabs of Pornography Websites on Apple iPhone 12 |
| 82 | | 7/24/2025 | X | | X | Screenshot of Open Tabs on Apple iPhone 12 |
| 85 | | 7/24/2025 | X | | X | iPhone 12 Pr4o belonging to Othon Zamarripa (Physical Exhibit) |
| 86 | | 7/24/2025 | X | | X | Phone Activity and Messaging Timeline for December 16, 2022 |
| 1 | | | | | | Demonstrative exhibit (Previous govt exhibit 87) |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
|  | 19 | 7/25/2025 | X | X | X | Screenshot |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**RECEIVED BY:**

_/s/ Joni Stahl_

JONI STAHL AND JACKSON DERING

COUNSEL FOR THE GOVERNMENT

DATE RECEIVED: 7/28/25

**RECEIVED BY:**

_/s/_

SHERRY BOOTH AND BROCK BENJAMIN

COUNSEL FOR THE DEFENSE

DATE RECEIVED: 7.28.25

_/s/_

LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.