# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **23-909 MIS** | USA vs.: | **ZAMARRIPA** |
| Date: | **12/16/2025** | Name of Deft: | **OTHON JORGE ZAMARRIPA** |
| Before the Honorable: | | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **1:33 P.M. - 2:57 PM** | Total Time in Court (for JS10): | **1 HOUR, 24 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |
| AUSA: | **JOHNI STAHL AND JACKSON DERING** | Defendant's Counsel: | **SHERRY BOOTH AND BROCK BENJAMIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **JUAN RAMIREZ (FAMILY ONLY)** |
| Probation Officer: | **KARLA ALTIMIRANO** | Sworn? | **X** Yes     No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | | Plea | **X** Verdict | As to: | | Information | **X** 4TH Superseding Indictment |
| If Plea: | | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNTS 1, 2** | | |
| If Plea Agreement: | | Accepted | Not Accepted | **X** No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **7/28/2025** | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | **COUNTS 1, 2: TERM OF LIFE, TO RUN CONCURRENT** |
| Supervised Release: | **COUNTS 1, 2: 10 YEARS AS TO EACH COUNT; CONCURRENT** | Probation: |

| | | | |
|---|---|---|---|
| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

**OTHER:**

| | | | | |
|---|---|---|---|---|
| Fine: $ | | Restitution: $ | **350** | |
| SPA: $ | **200**  ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | THE DEFENDANT IS SUBJECT TO THE PROVISIONS OF THE JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015, WHICH REQUIRES THE COURT TO ASSESS AN AMOUNT OF $5,000 ON ANY NON-INDIGENT PERSON OR ENTITY CONVICTED OF AN OFFENSE UNDER 18 U.S.C. CHAPTERS 77, 109A, 110, 117; OR SECTION 274 OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 1324). THE COURT FINDS THE DEFENDANT IS INDIGENT AND WILL NOT BE REQUIRED TO PAY THE $5,000 ASSESSMENT. | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **PEKIN, ILLINOIS** | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | **COURT GO THROUGH OBJECTIONS:** PARAGRAPH 5, PAGE 3. : OVERRULED NATURE FACTS IN REPORT COME TO PARAGRAPH 7, PAGES 3-4 : MS. BOOTH ARGUMENT. MS. STAHL RESPONSE. COURT OVERRULE OBJECTION, FACTUALLY CORRECT. PARAGRAPH 8, PAGE 4: MS. BOOTH WITHDRAW OBJECTION. PARAGRAPH 9: MS. BOOTH WITHDRAW OBJECTION. PARAGRAPH 10: MS. BOOTH OBJECTION. MS. STAHL ARGUMENT. COURT OVERRULE OBJECTION, PARAGRAPH ACCURATE NOTING DEFENSE STATEMENT AT TRIAL. PARAGRAPH 12: MS. BOOTH WITHDRAW OBJECTION. | | |

|  |  |
|---|---|
|  | **PARAGRAPH 13:** MS. BOOTH STANDBY OBJECTION, INCOMPLETE IN IT'S STATEMENT. MS. STAHL ARGUMENT. COURT OVERRULED OBJECTION, FACTUALLY ACCURATE, DEFENSE POSITION AS TO SAFE HOUSE INTERVIEW.<br>**PARAGRAPH 16:** MS. BOOTH OBJECTION. MS. STAHL RESPONSE. COURT OVERRULED OBJECTION, GOVT SHOWN PARAGRAPH 16 IS ACCURATE.<br>**PARAGRAPH 17:** MS. BOOTH STANDBY OBJECTION. MS. STAHL RESPONSE. COURT OVERRULED OBJECTION, PARAGRAPH ACCURATE.<br>**PARAGRAPH 18:** MS. BOOTH STANDBY OBJECTION. MS. STAHL RESPONSE. COURT OVERRULE OBJECTION.<br>**PARAGRAPH 19:** MS. BOOTH STANDBY OBJECTION. MS. STAHL RESPONSE. COURT OVERRULED OBJECTION, FACTUALLY ACCURATE.<br>**PARAGRAPH 27:** MS. BOOTH STANDBY OBJECTION. MS. STAHL RESPONSE. COURT OVERRULED,<br>**PARAGRAPH 37:** MS. BOOTH WITHDRAW OBJECTION.<br>**PARAGRAPH 41 AND 51:** MS. BOOTH STANDBY OBJECTION ENHANCEMENT. MS. STAHL RESPONSE. COURT OVERRULED OBJECTION.<br>**PARAGRAPH 42 AND 53:** MS. BOOTH STANDBY OBJECTION. MS. STAHL RESPONSE. COURT OVERRULED OBJECTION, GOVT HAS SHOWN AGE OF CHILD.<br>**PARAGRAPH 63** MS. BOOTH STANDBY OBJECTION. COURT OVERRULED OBJECTION, ACCEPTANCE.   GUIDELINES WILL STAND AS PRESENTED IN PSR.<br><br>**COURT WILL HEAR FROM PARTIES.**<br><br>**2:03 PM   MS. STAHL ARGUMENT.**<br>          **STATEMENT BY FAMILY MEMBER**<br><br>**2:22 PM   DEFENSE ARGUMENT**<br>          **STATEMENT BY FAMILY**<br>**2:32 PM STATEMENT BY DEFENDANT**<br>**2:33 PM CONTINUED ARGUMENT BY DEFENSE COUNSEL**<br><br>**2:39 PM  REBUTTAL BY MS. STAHL**<br><br>**2:44 PM  COURT IMPOSES SENTENCE,  ORDERS RESTITUTION, DENIES REQUEST BY GOVERNMENT FOR ADDITIONAL TIME AND/OR ADDITIONAL RESTITUTION.** |